IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ERIE DIVISION

| | |
|---|---|
| ROBERT RHODES, | ) |
| | ) |
| Plaintiff, | ) 1:20-CV-00169-RAL |
| | ) |
| vs. | ) |
| | ) RICHARD A. LANZILLO |
| DEREK OBERLANDER, STATE CORRECTIONAL INSTITUTION-FOREST'S CORRECTION EMERGENCY RESPONSE TEAM, ALL IN THEIR INDIVIDUAL CAPACITIES; C/O BRENDAN CLARK, SGT. JASON DIETRICH, JOHN DOE, SCI-FOREST CERT TEAM, ALL IN THEIR INDIVIDUAL CAPACITIES; AND JOHN DOE CERT TERM CORRECTIONS OFFICERS 1-20, | ) UNITED STATES MAGISTRATE JUDGE |
| | ) |
| | ) ORDER ON DEFENDANTS' MOTION TO DISMISS |
| | ) |
| | ) ECF NO. 50 |
| | ) |
| Defendants, | ) |

Based upon this morning's status conference in this matter, it is hereby **ORDERED** as follows:

1. Defendants are to provide the Plaintiff with a copy of the video recording of the incident within ten days of the date of this order;

2. The Plaintiff's requests for documents and other written discovery are to be responded-to by the Defendants within thirty-days of the date of this order;

3. Within twenty-one days of the receipt of the video recording and the other requested discovery materials, the Plaintiff is granted leave of court to file a second Amended Complaint;

1

3.      The Defendants' motion to dismiss, pending at ECF No. 50 is **DENIED** without prejudice. Defendants may refile their present motion or an entirely new motion to dismiss within twenty-one days of the filing of a second Amended Complaint;

4.      A telephonic status conference is hereby set for Wednesday, December 22, 2021, beginning at 9:00 AM.

**ORDERED** and **DATED** this 15th day of November, 2021.

BY THE COURT:

_____
RICHARD A. LANZILLO
UNITED STATES MAGISTRATE JUDGE